Decision Per Curiam.

Jessie P. Howell, Appellant, vs. E. B. Howell, Appellee.

Appeal from Circuit Court, Alachua county; W. S. Bullock, Judge.

*C. C. Thomas*, for Appellant.

*B. A. Thrasher* and *W. W. Hampton*, for Appellee.

The bill in this cause was filed by the appellant against the appellee. There was decree for the defendant, and the complainant appeals. Dismissed on account of impossible date in directions to clerk.

Decision Per Curiam.